# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAMIEN DARELLE GASTON

NO. 2026 KW 0767

**AUGUST 10, 2026**

---

In Re:     Damien Darelle Gaston, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 869361.

---

**BEFORE:     WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DENIED.**

                         **EW**
                         **TPS**
                         **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT